United States Court of Appeals
For The Third Circuit

RECEIVED
JAN 26 2023
U.S.C.A. 3rd. CIR

| | |
|---|---|
| Tony Fisher, Plaintiff, | No. 22-2846 |
| v. | Dist. Court No.: 1-18-cv-16793 |
| Jordan Hollingsworth et. al., Defendant | Motion |

## Motion for Extension of Time.

Plaintiff, Tony Fisher, herein requests an extension of time to file the brief pursuant to the "Briefing and Scheduling Order" filed on January 9, 2023. Currently, the brief is due "on or before February 21, 2023," however, due to the denial of Plaintiff's "Request for Appointment of Counsel" Plaintiff requests a 30 day extension of the brief due date to allow Plaintiff to find pro bono counsel.

Respectfully Submitted,

January 23, 2023
Date

Tony Fisher  Pro Se
Tony Fisher #70313-061
FCI-Elkton
P.O. Box 10 Lisbon, OH 44432

## Proof of Service

I certify that on January 23, 2023 I mailed a copy of this Motion for Extension of Time via first class mail to the following parties at the addresses listed below:

Angela Juneau, AUSA
970 Broad St. Suite 700
Newark, NJ 07102-2535

J. Andrew Ruymann, AUSA
402 E. State St. #430
Trenton, NJ 08608

## Proof of Service For Institutionalized or Incarcerated Litigants

I certify that this document was given to prison officials on January 23, 2023 for forwarding to the Court of Appeals. I certify under penalty of perjury that the foregoing is true and correct. 28 U.S.C. § 1746

January 23, 2023
Date

/s/ Tony Fisher Pro Se
Tony Fisher Pro Se
Reg. # 70313-061
FCI-Elkton
P.O. Box 10
Lisbon, Ohio 44432





— LEGAL MAIL —

FEDERAL CORRECTIONAL INSTITUTION

P.O. BOX 599
LISBON, OHIO 44432

1/23/23
DATE

THE ENCLOSED LETTER WAS PROCESSED THROUGH SPECIAL MAILING PROCEDURES FOR FORWARDING TO YOU. THE LETTER HAS BEEN NEITHER OPENED NOR INSPECTED. IF THE WRITER RAISES A QUESTION OR PROBLEM OVER WHICH THIS FACILITY HAS JURISDICTION, YOU MAY WISH TO RETURN THE MATERIAL FOR FURTHER CLARIFICATION. IF THE WRITER ENCLOSES CORRESPONDENCE FOR FORWARDING TO ANOTHER ADDRESSEE, PLEASE RETURN THE ENCLOSURE TO THE ABOVE ADDRESS.

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT OF THE RETURN ADDRESS, FOLD AT DOTTED LINE