UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. **22-2846**

Fisher v. Hollingsworth

To:  Clerk

1) Motion by Appellant for Extension of Time to File Brief and Appendix

The foregoing motion is granted.  Appellant's brief and appendix must be filed and served within (30) days of the date of this order.

For the Court,

s/ Patricia S. Dodszuweit
Clerk

Dated: January 31, 2023

kr/cc: Tony Fisher
       Angela Juneau, Esq.
       J. Andrew Ruymann, Esq.